UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-1618-T-210JSS

FRANK NOVELLO, as surviving spouse and
as Personal Representative for THE ESTATE OF
LYNNE ELIZABETH NOVELLO, and as
Assignee of MATTHEW J. MILLER,

Plaintiff,

vs.

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

Defendant.
_____/

## DEFENDANT'S *UNOPPOSED* MOTION FOR ALTERNATIVE APPEARANCE BY WITNESS

Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY (hereafter "Progressive"), pursuant to this Court's oral order at the April 12, 2021 Pre-Trial Conference in this matter, respectfully requests this Court enter an Order allowing Progressive witness Joyce Richardson to either appear at trial virtually via Zoom technology or, in the alternative, allow a video deposition of Ms. Richardson to be used at trial in lieu of live testimony, and as grounds therefore states:

1.      Progressive employee and witness, Joyce Richardson is extremely concerned about appearing at a live, in-person trial of this matter due to serious health and safety concerns arising from the ongoing Covid-19 pandemic due to an immune disorder, as caregiver to her elderly mother and not yet being fully vaccinated.

1

2.      Progressive understands that Plaintiff intends to subpoena Ms. Richardson to testify at trial and Progressive would be prejudiced if accommodations are not made to allow Ms. Richardson to testify either virtually or via pre-recorded video deposition.

3.      Therefore, Progressive respectfully requests that the Court allow Joyce Richardson to either appear at trial virtually via Zoom or, in the alternative, to re-open discovery for the very limited purpose of allowing a video deposition of Ms. Richardson to be used at trial in lieu of live testimony

### 3.01(g) Certification of Conferral

Counsel for Progressive conferred with Counsel for Plaintiff, regarding the instant Motion, and Plaintiff **does not object** to the relief requested.

Respectfully submitted April 15, 2021.

s/ Jennifer C. Worden
Daniel A. Martinez, Esq., Trial Counsel
Florida Bar ID No: 0009016
Email: dmartinez@civillit.com
Jennifer C. Worden, Esq.
Florida Bar ID No: 489191
Email: jworden@civillit.com
Martinez Denbo, L.L.C.
2935 First Avenue North, Second Floor
St. Petersburg, Florida 33713
Service address: servicestp@civillit.com
(727) 894-3535, Telephone Number
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I certify that a copy hereof has been filed through the Court's CM/ECF system on April 15, 2021, which shall serve a copy upon counsel for Plaintiffs, at the email addresses registered with the Court.

s/ Jennifer C. Worden
Jennifer C. Worden, Esq.

2

Florida Bar ID No: 489191
Email: jworden@civillit.com